United States District Court
Southern District of Texas
**ENTERED**
February 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Interoceanica Agency, Inc., | § |
| | § |
| Plaintiff(s), | § |
| | § |
| v. | § CIVIL ACTION NO. H-15-2460 |
| | § |
| P&O Ports, et al, | § |
| | § |
| Defendant(s). | § |

## ORDER

Because the Defendant has not made an appearance in this case and Plaintiff has not otherwise pursued this case, the Plaintiff's causes of action are DISMISSED without prejudice for WANT OF PROSECUTION. FED. R. CIV. P. 4(m).

SIGNED at Houston, Texas, this ___5___ day of February, 2016.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE